JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CLIFTON,<br>　　　　Plaintiff,<br>　　v.<br>L. SPRAGUE, et al.,<br>　　　　Defendants.<br>_____ | Case No. CV 14-3513-DOC (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: August 18, 2015

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE